UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.M.,

                Plaintiff(s)

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,
                Defendant(s).
------------------------------------------------------------X

23 civ 8865 (JGK)

## ORDER

The defendants' time to answer was extended to February 2, 2024. The parties shall submit a Rule 26(f) statement by **February 23, 2024.**

The conference scheduled for January 30, 2024 is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 24, 2024